UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

-----------------------------------------------------------------X
                                                                      :

MALIBU MEDIA, LLC,                         :

                                                                      :     Civil Action No. <u>1:14-cv-00707-TSB</u>

                        Plaintiff,              :

                                                                        :

                          vs.                        :

                                                                        :

AUSTEN DOWNS,                            :

                                                                        :

                        Defendant.           :

                                                                        :
-----------------------------------------------------------------X

## **PLAINTIFF'S RESPONSE TO THE COURT'S**
## **ORDER TO SHOW CAUSE [CM/ECF 17]**

      Plaintiff responds to the Court's Order to Show Cause [CM/ECF 17] as set forth in the Declaration attached hereto as Exhibit A.

      Dated:  June 9, 2015

                                                Respectfully submitted,

                                                **YMF, INC.: The Law Office of Yousef M. Faroniya**

                                                /s/ *Yousef M. Faroniya*
                                                Yousef M Faroniya
                                                84 S. 4th St.
                                                Columbus, Ohio 43215
                                                Tel.: (614) 360-1855
                                                Fax: (614) 859-5016
                                                E-mail: yousef@ymfincorporated.com
                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                /s/ *Yousef M. Faroniya*