UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

---

MALIBU MEDIA, LLC,

        Plaintiff,

vs.

AUSTEN DOWNS,

        Defendant.

Civil Action No. 1:14-cv-00707-TSB

---

**DECLARATION OF YOUSEF FARONIYA IN SUPPORT OF PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE [CM/ECF 17]**

**I, YOUSEF FARONIYA, DO HEREBY DECLARE:**

1. I am over the age of 18 and have personal knowledge of the facts set forth herein.

2. I was responsible for filing the affidavit of service and should have done so when I received it.

3. I was also responsible for filing the Motion for Default Judgment and failed to properly calendar the Court's deadline.

4. I did not intend to cause the Court to perform unnecessary work or to prejudice the Defendant in any way.

5. My client and I sincerely apologize.

6. In order to avoid causing the Court to perform additional unnecessary work on this matter, a Notice of Voluntary Dismissal With Prejudice is being filed contemporaneously herewith.

1

7. In an effort to ensure no further mistakes occur and as a direct result of Your Honor's two show cause orders, I hired a paralegal to help me organize my files and manage these matters.

8. Your Honor, please know I will use my best efforts to ensure no further mistakes occur.

Dated:  June 9, 2015

Respectfully submitted,

**YMF, INC.: The Law Office of Yousef M. Faroniya**

 /s/ *Yousef M. Faroniya*
Yousef M Faroniya
84 S. 4th St.
Columbus, Ohio 43215
Tel.: (614) 360-1855
Fax: (614) 859-5016
E-mail: yousef@ymfincorporated.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

 /s/ *Yousef M. Faroniya*